IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PHILEX INC et al., | * |
| Plaintiffs, | * |
| v. | Case No. 5:22-cv-00420-TES |
| | * |
| SHERIFF DAVID DAVIS, | * |
| Defendant. | * |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated August 28, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiffs shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 29th day of August, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk